FILED
CLERK, U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAR 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING FELLOWS, aka STERLING ASHLEY FELLOWS, aka DEUCE,<br><br>    Petitioner,<br><br>vs.<br><br>D. DEXTER (WARDEN),<br><br>    Respondent. | Case No. EDCV 07-0979-JSL(RC)<br><br>JUDGMENT |

   Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

   IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

   DATE: 4/28/08

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\07-0979.jud
3/19/08